# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>CONSTRUCTION SERVICES UNLIMITED, et al.,<br><br>Defendant(s). | Case No. 2:15-CV-1592 JCM (GWF)<br><br>ORDER |

Presently before the court is the matter of *Employers Mutual Casualty Company v. Construction Services Unlimited et al*, case no. 2:15-cv-01592-JCM-GWF.

On December 13, 2017, the court granted plaintiff Employers Mutual Casualty Company's motion for default judgment. (ECF No. 19). The court ordered plaintiff to file an appropriate judgment for the court's signature. Plaintiff has not filed the appropriate judgment.

Accordingly,

IT IS HEREBY ORDERED that plaintiff shall file a judgment consistent with the court's order granting plaintiff's motion for default judgment within thirty (30) days of the date of this order. Failure to file the appropriate judgment will result in dismissal of this action for want of prosecution.

DATED May 7, 2018.

UNITED STATES DISTRICT JUDGE