KURT C. FAUX, ESQ.
Nevada Bar No. 003407
JORDAN F. FAUX, ESQ.
Nevada Bar No. 012205
THE FAUX LAW GROUP
1540 W. Warm Springs Road, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
        jfaux@fauxlaw.com
*Attorneys for Employers Mutual Casualty Company*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>CONSTRUCTION SERVICES UNLIMITED, a Nevada Corporation; GLOBAL DEVELOPMENT GROUP, LLC, a Nevada limited liability company; MICHAEL FROELICH, an individual; BARBARA FROELICH, an individual; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive;<br><br>                Defendants. | Case No.: 2:15-cv-01592- JCM-GWF<br><br>**JUDGMENT** |

///
///
///
///
///
///
///
///
///
///
///

THE FAUX LAW GROUP
1540 W. WARM SPRINGS ROAD, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

Employers Mutual Casualty Company's ("EMCC") Application for Default Judgment being granted by the Court's Order (ECF No. 19) and acknowledging that Michael Froelich is currently in bankruptcy proceedings as described by EMCC (ECF No. 21), the Court now enters judgment against Construction Services Unlimited, Global Development Group, LLC, and Barbara Froelich as follows:

|  |  |
|---|---|
| Bond losses: | $661,229.80 |
| Other damages: | $14,876.46 |
| Attorney Fees: | $116,669.00 |
| Costs: | $1,975.86 |
| Pre-judgment Interest: | $50,927.22 |
| Post-judgment interest: | at the legal rate |
| Total: | $566,425.98 |

IT IS SO ORDERED:

Dated June 7, 2018.

UNITED STATES DISTRICT JUDGE

Respectfully submitted:

DATED this **6th** day of June, 2018.

THE FAUX LAW GROUP

By: _____
KURT C. FAUX, ESQ.
Nevada Bar No. 003407
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
1540 W. Warm Springs Rd., Ste. 100
Henderson, NV 89014
*Attorneys for Employers Mutual Casualty Company*