# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>CONSTRUCTION SERVICES UNLIMITED, et al.,<br><br>Defendant(s). | Case No. 2:15-CV-1592 JCM (GWF)<br><br>ORDER |

Presently before the court is the matter of *Employers Mutual Casualty Company v. Construction Services Unlimited, et al*, case no. 2:15-cv-01592-JCM-GWF.

On June 7, 2018, the court stayed this action pending termination of defendant Michael Froelich's ("defendant") bankruptcy proceedings. (ECF No. 24). However, since that date, no documents have been filed and defendant has not informed the court of the status of the proceedings.

Accordingly, the court hereby orders the parties to submit, within fourteen (14) days from the date of this order, a joint status report indicating the status of defendant's bankruptcy proceedings. Failure to comply with the court's order may result in sanctions.

Accordingly,

IT IS SO ORDERED.

DATED June 20, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**